UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § § | | **Chapter 11** |
| **GEOKINETICS, INC.** *et al.*, § § | | **Case No. 18-33410** |
| **Debtors.** [1] § § | | **Jointly Administered** |

**NOTICE OF (1) OCCURRENCE OF EFFECTIVE DATE OF FIRST AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION AND (2) DEADLINES FOR FILING CLAIMS FOR REJECTION DAMAGES, ADMINISTRATIVE EXPENSES AND APPLICATIONS FOR PROFESSIONAL FEES**

**PLEASE TAKE NOTICE** that the First Amended Plan of Liquidation of Geokinetics Inc. and Its Debtor Affiliates under Chapter 11 of the Bankruptcy Code (the "Plan"), which was confirmed by an order of the Bankruptcy Court on October 19, 2018, became effective on October 31, 2018 (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE** that in accordance with Article VI.C. of the Plan, all Claims arising from the rejection of Executory Contracts or Unexpired Leases under the Plan must be filed with the clerk of the Bankruptcy Court and served upon the Liquidating Trustee no later than **November 30, 2018**, which date is within thirty (30) days of the occurrence of the Effective Date. Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not filed within the time required by this section will be forever barred from assertion against the Debtors, the Estates, the property of the Debtors, or the Liquidating Trust.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Geokinetics Inc. (0082); Geokinetics USA, Inc. (0110); Geokinetics Processing, Inc. (9897); Geokinetics Holdings USA, Inc. (6645); Geokinetics International Holdings, Inc. (8468); Geokinetics International, Inc. (2143); Geokinetics Exploration, Inc.; Geokinetics (Australasia) Pty. Ltd.; and Advanced Seismic Technology, Inc. (9540). A complete list of the Debtors' federal tax identification numbers and additional information regarding these cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/geok. The Debtors' address is 1500 Citywest Boulevard, Suite 800, Houston, Texas 77042.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article XIV of the Plan, no Administrative Claim, other than Professional Fees and U.S. Trustee fees, will be paid unless the holder of such Administrative Claim has filed an application for payment of such Administrative Claim on or before **November 30, 2018** (the "Administrative Claim Bar Date"). Upon the filing of any application for payment, the Entity seeking payment of an Administrative Claim shall provide notice by United States Mail in accordance with the Bankruptcy Rules. Any Administrative Claim, other than Professional Fees and U.S. Trustee fees, not filed in accordance with this section shall be barred and the Debtors, the Liquidating Trust and the Liquidating Trustee shall have no liability for payment of any such Administrative Claim.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article II.A.2 of the Plan, final fee applications for any Professional Fee Claim shall be filed by **December 15, 2018**, which date is within forty-five (45) days of the Effective Date, and such applications and objections thereto (if any) shall be filed in accordance with and comply in all respects with the Bankruptcy Code, the Bankruptcy Rules, and applicable local rules.

**Dated: October 31, 2018.**                       PORTER HEDGES LLP

By:    */s/ John F. Higgins*
       John F. Higgins
       State Bar No. 09597500
       Aaron J. Power
       State Bar No. 24058058
       1000 Main Street, 36th Floor
       Houston, Texas 77002
       Telephone: (713) 226-6000
       Fax: (713) 226-6248

       **COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**